**ICON HEALTH AND FITNESS, INC., Plaintiff–Appellee,**

v.

**The NAUTILUS GROUP, INC. (formerly known as Direct Focus, Inc.) and Nautilus/Schwinn Fitness Group, Defendants–Appellants.**

No. 2006–1467.

United States Court of Appeals, Federal Circuit.

June 19, 2007.

**ORDER**

Upon consideration of the parties' joint motion to remand this case to the United States District Court for the District of Utah, in district court case no. 02–CV–0109, for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.